AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2025

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Henry Grisby | ) | Case No.  2:25-CR-00088-TOR-1 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Henry Grisby,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☑ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Petition and Order filed 7/25/2025.

Date: Jul 25, 2025, 1:00 pm

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McCompte, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)*  7/25/2025  , and the person was arrested on *(date)*  7/30/2025
at *(city and state)*                                    .

Date: 7/30/2025

*Bradley LeCompte*
*Arresting officer's signature*

Bradley LeCompte, SDUSM
*Printed name and title*