1 Stephanie Van Marter
Acting United States Attorney
2 Eastern District of Washington
Annika Tangvald
3 Special Appointed Assistant United States Attorney
Post Office Box 1494
4 Spokane, WA 99210-1494
Telephone: (509) 353-2767
5

UNITED STATES DISTRICT COURT
6 FOR THE EASTERN DISTRICT OF WASHINGTON

7 UNITED STATES OF AMERICA,

Case No.: 2:25-CR-00088-TOR
8    Plaintiff,

9    v.                                          Motion for Detention

10 HENRY GRISBY,

11    Defendant.

12

13    The United States moves for the revocation of Defendant's release, pursuant

14 to 18 U.S.C. § 3148.

15    1.    <u>18 U.S.C. § 3148 Eligibility of Case</u>

16    This case is eligible for revocation of release because Defendant was

17 previously released under 18 U.S.C. § 3142 and there is (check one or both):

18    ☐    Probable cause to believe that Defendant has committed a Federal,

19 State, or local crime while on release; and/or

20    ☒    Clear and convincing evidence that Defendant has violated any other

21 condition of release.

Motion for Detention - 1

Further (check one or both):

☒ There is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community; and/or

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

2. <u>Rebuttable Presumption</u>.

The United States

☐ will

☒ will not

invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3148(b).

If the United States is invoking the presumption, it applies because, while on release, Defendant committed a Federal, State, or local felony.

3. <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

A. <u>No Contact Order</u>

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Motion for Detention - 2

1  Defendant shall have no contact whatsoever, direct or indirect, with any

2  persons Defendant knows or reasonably should know are or may become a victim

3  or potential witness in the subject investigation or prosecution.  Prohibited forms of

4  contact include, but are not limited to, telephone, mail, email, text, video, social

5  media, and/or any contact through any third person or parties.

6  Dated:  July 31, 2025.

7
8
                                      Stephanie Van Marter
                                      Acting United States Attorney

9                                        s/ Annika Tangvald
                                        Annika Tangvald
                                        Speical Appointed Assistant United
10                                         States Attorney

11
12
13
14
15
16
17
18
19
20
21

Motion for Detention - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

s/ Caitlin Baunsgard
Caitlin Baunsgard
Assistant United States Attorney

Motion for Detention - 4