# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 25, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Grisby, Henry | Docket No. | 0980 2:25CR00088-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Henry Grisby, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 3rd day of July 2025 under the following conditions:

**General Condition Number 8:** Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may be permitted to travel outside this geographical area with advance notice and approval from U.S. Probation.

**Release Condition Number 15**: Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage. There shall be no alcohol in the home where defendant resides. Defendant shall not go to any establishment where alcohol is the primary item of sale and shall not enter any casinos.

**Release Condition Number 17**: Home detention: Defendant shall be restricted to the Defendant's approved residence at all times except for: lawful employment; attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to lawful employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment. This condition shall be effective within seven days of release from custody. Defendant is permitted to attend his sister's celebration of life.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 17, 2025, a United States Probation Officer reviewed all the condition of pretrial release with the defendant. Mr. Grisby signed a copy, acknowledged an understanding and was provided with a copy. Mr. Grisby was advised and explained the home detention program requirements on multiple occasions as he had been previously warned for failing to comply with the program requirements since his start of pretrial release supervision.

<u>**Violation # 1**</u>: Henry Grisby is considered to be in violation of his pretrial release conditions by failing to comply with home detention program requirements by leaving the residence without advance permission by the Pretrial Services Office or supervising officer on or about July 22, 2025.

In review of the global positioning system (GPS) mapping points: On July 22, 2025, Mr. Grisby left the residence without advance permission at approximately 9:44 a.m. and went to Winco Foods in Kennewick, Washington (WA). Mr. Grisby then returned to the residence.

Later that same morning at approximately at 10:55 a.m., Mr. Grisby left the residence and reported to the U.S. Probation Office in Richland, WA. While he reported to the probation office, he did not have advance permission to leave the residence to travel to the probation office. He reported he called the undersigned officer for reporting instructions as he recently relocated from Spokane to Pasco, WA, to reside with his parents. As the undersigned officer was out of the office and did not answer his phone call, he decided to come into the office anyway. After Mr. Grisby left the probation office, he then went to Safeway in Richland, WA. Mr. Grisby did not have advance permission and he also did not make a request for permission to go to Safeway.

PS-8
Re: Grisby, Henry
July 24, 2025
Page 2

Later on this same date at approximately 8:17 p.m., Mr. Grisby again left the residence without advance permission, traveled to Oregon State, and went to the Wildhorse Resort and Casino in Pendleton, Oregon.

Mr. Grisby claims his sister was suppose to have taken him to Spokane, WA, to pick up some of his belongings, he fell asleep while his sister started to drive, and woke up to his sister telling him that he was not suppose to be in Oregon. Mr. Grisby reported his sister is visiting from Michigan, and went the wrong direction. Mr. Grisby did not have advance permission to leave the residence in the first place to travel to Spokane or Oregon on this date.

**Violation #2**: Henry Grisby is considered to be in violation of his pretrial release conditions by traveling outside the Eastern District of Washington on or about July 22, 2025, without advance approval from U.S. Probation.

On July 22, 2025, Mr. Grisby traveled outside the Eastern District of Washington to Pendleton, Oregon. He did not have advance permission to travel outside the Eastern District of Washington.

**Violation # 3**: Henry Grisby is considered to be in violation of his pretrial release conditions by entering a casino, Wildhorse Resort and Casino, located in Pendleton, Oregon, on or about July 22, 2025.

The GPS mapping points place the defendant inside the Wildhorse Resort and Casino. Mr. Grisby admitted to being inside the casino. However, he claimed he woke up to a probation officer calling him asking him why he was at the casino and he then went inside the casino to get his sister.

GPS mapping points show the defendant arriving at the casino parking lot at about 9:25 p.m., and into the casino at approximately 9:28 p.m. The on-call location monitoring specialist (LMS) probation officer first called the defendant to follow up at approximately 9:11 p.m. without success. The LMS then contacted United States Probation Officer (USPO) Erik Carlson for further follow up. USPO Carlson attempted to contact Mr. Grisby at about 9:16 p.m. without success. Mr. Grisby had previously reported his cell phone only works on Wi-Fi. Mr. Grisby's mother was then contacted, and she indicated she believed the defendant to be at home. She was advised the defendant appeared to be in Oregon, and given the message for the defendant to contact the probation officer.

Later, at approximately at 9:35 p.m., Mr. Grisby called the probation officer from his sister's cell phone. He initially reported he fell asleep, looked for his sister, and could not explain why he was in Oregon. Mr. Grisby returned to his residence when he was instructed to immediately return since he did not have permission to be in Oregon or at the casino.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 24, 2025 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8
Re: Grisby, Henry
July 24, 2025
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 25, 2025

Date