# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Grisby, Henry | Docket No. | 0980 2:25CR00088-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Henry Grisby, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 3rd day of July 2025, under the following conditions:

**Release Condition Number 12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C.§ 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Release Condition Number 15:** Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage. There shall be no alcohol in the home where Defendant resides. Defendant shall not go to any establishment where alcohol is the primary item of sale and shall not enter any casinos.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On July 17, and 24, 2025, a United States Probation Officer reviewed all the condition of pretrial release with the defendant. Mr. Grisby signed a copy, acknowledged an understanding and was provided with a copy.

**Violation #4:** Henry Grisby is considered to be in violation of his pretrial release conditions by having alcohol in the home where the defendant resides on or about July 24, 2025.

On July 24, 2025, the undersigned officer, with U.S. Probation Officer Jose Valencia, completed a home visit at Mr. Grisby's home where he is residing at ▮▮▮▮▮ Pasco, Washington. During the start of this home visit, Mr. Grisby was questioned about having any alcohol in the home, to which he replied, no. However, throughout the home walkthrough, several alcohol bottles were observed in plain view inside the home and two cases of mixed alcohol drinks in cans were observed in the back patio area of the backyard, in an open shared space. When questioned about the alcohol in the home, Mr. Grisby first said he did not know the alcohol was there. His sister, who reported living out of the state, was also present during this home visit. His sister claimed the cases of the alcohol mixed drinks were hers, and she had also purchased wine bottles which were inside the house to take with her back to her home state. Mr. Grisby reported the alcohol bottles observed inside the house were probably his sisters as well.

It should be noted, during an office visit earlier this same date, Mr. Grisby denied any alcohol being in the residence when asked by the probation officer.

**Violation #5:** Henry Grisby is considered to be in violation of his pretrial release conditions by having marijuana plants in the home where he resides on or about July 24, 2025.

During the same home visit on July 24, 2025 as mentioned above, marijuana plants were observed in plain view in the backyard of the home where Mr. Grisby resides at ▮▮▮▮▮ Pasco, Washington. Some were live plants growing in the yard, and others were laid out on a table drying out.

PS-8

Re: Grisby,, Henry
July 28, 2025
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2025

by s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

7/29/25

Date