David M. Miller, WSBA #24586
421 W Riverside Ave - Ste. 304
Spokane, WA  99201
(509) 747-8157
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:25-CR-00088-TOR |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND FURLOUGH TO INPATIENT TREATMENT |
| v. | |
| HENRY GRISBY, | |
| Defendant. | To Be Heard: Tuesday, December 9, 2026, 11:00 a.m. – Richland, WA |

HENRY GRISBY, through Counsel, moves this Court for an Order allowing the modification of his release conditions so that he can enter inpatient treatment.  This Motion is based upon the records and files herein and the following statement of counsel.

Mr. Grisby had an assessment performed by Terry Miller of Merit Resources, Pasco, Washington, who recommended level 3.5 intensive inpatient treatment.  A bed date has been secured for him for Thursday,

Motion to Modify Release Conditions
Page 1

Miller & Prothero
Attorneys at Law
421 W Riverside Ave – Ste 304
Spokane, Washington  99201
(509) 747-8157

December 11, 2025; pickup time from the Benton County Jail would be determined.

Defense Counsel has not received a response from AUSA Annika Tangvald as to her position on Mr. Grisby's release to treatment.

Respectfully submitted this 14th day of November, 2025, by:

/s/ David M. Miller
David M. Miller – WSBA #24586
Attorney for Henry Grisby

Motion to Modify Release Conditions
Page 2

**Miller & Prothero**
**Attorneys at Law**
**421 W Riverside Ave – Ste 304**
**Spokane, Washington  99201**
**(509) 747-8157**

AFFIDAVIT OF SERVICE

I declare under penalty of perjury that on this date I electronically filed the foregoing document with the Federal Court Clerk, which will send notification to the Honorable Judge Ekstrom and AUSA Annika Tangvald. I further declare that a copy was sent to the Defendant via USPS Mail.

Dated this 14th day of November, 2025

                /s/  Lila L Peterson
                Assistant to David M. Miller

Motion to Modify Release Conditions
Page 3

**Miller & Prothero**
**Attorneys at Law**
**421 W Riverside Ave – Ste 304**
**Spokane, Washington  99201**
**(509) 747-8157**