David M. Miller, WSBA # 24586
421 W Riverside Ave - Ste. 304
Spokane, WA  99201
(509) 747-8157
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>HENRY GRISBY,<br><br>                Defendant. | No. 2:25-CR-00088-TOR-1<br><br>DEFENDANT'S PROPOSED ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE |
|---|---|

The Court having considered the Motion, and after a review of the files and records herein, hereby Orders that Defendant be released to inpatient treatment.  All other release conditions remain in full force and effect.

Signed in Open Court this _____ day of _____, 2025.

_____
Judge