FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00088-TOR-1 |
| Plaintiff, | ORDER DENYING WITH LEAVE TO RENEW DEFENDANT'S MOTION FOR RELEASE |
| v. | |
| HENRY GRISBY, | **ECF No. 60** |
| Defendant. | |

Before the Court is Defendant's Motion to Reopen Detention Hearing.[1] ECF No. 60.  Defendant was represented by court-appointed attorney David Miller on the motion.  *Id.*

Defendant simply requests his release on his own recognizance and indicates that he needs medical and dental work done.  *Id.*  Other than asserting that his length of incarceration has been lengthy and that "he understands the importance of following court orders," Defendant does not provide reasoning to support reopening the detention hearing and his release under 18 U.S.C. §§ 3142 or 3148. *See id.*

Accordingly, oral argument is not presently necessary, and the Court denies Defendant's motion with leave to renew upon a showing of information to warrant

---

[1] The motion is captioned "Motion to Modify Conditions of Release" but is construed as a Motion to Reopen Detention Hearing.

ORDER - 1

further consideration of the issue under §§ 3142 and 3148.

Accordingly, **IT IS ORDERED:**

1.    Defendant's Motion to Reopen Detention (**ECF No. 60**) is **DENIED WITH LEAVE TO RENEW**.

2.    If a party desires that another court review this Order pursuant to 18 U.S.C. § 3145, that party shall immediately notify the Magistrate Judge and opposing counsel.  LCrR 46(k)(1).  The party shall then promptly file a motion for review before the assigned District Judge.  LCrR 46(k)(3).  If the case has not yet been assigned to a District Judge, or the assigned District Judge is unavailable, the motion shall be noted for hearing before the Chief District Judge.  *Id.*

3.    Defendant is bound over to Judge Thomas O. Rice for further proceedings.

**IT IS SO ORDERED.**

DATED July 9, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2