FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY GRISBY,<br><br>Defendant. | No. 2:25-CR-00088-MKD<br><br>ORDER GRANTING THE UNITED STATES' MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 75** |

On November 23, 2026, the Court held a hearing on the United States' Motion to Modify Conditions of Release. ECF No. 77. Defendant appeared out of custody represented by David M. Miller. Annika C. Tangvald appeared on behalf of the United States.

In September 2026, Defendant pleaded guilty to Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine and Possession with Intent to Distribute Fentanyl. ECF No. 72. The parties entered a deferred sentencing agreement, ECF No. 71, which the Court approved. *Id.* at 2. The Court

ordered Defendant to abide by the conditions of release set forth in the agreement. *Id.*

The United States now moves the Court to amend Defendant's conditions of release to include drug testing up to six times a month. ECF No. 75. The Court has broad authority to modify conditions of pretrial release. 18 U.S.C. § 3142(c)(3). For the reasons explained on the record, the Court finds good cause to grant the motion.

**IT IS ORDERED:**

1. The United States' Motion to Modify Conditions of Release **ECF No. 75** is **GRANTED**.

2. **Additional Condition:** Defendant shall be subject to random controlled substance testing administered by Pretrial services and/or a treatment program and such testing shall not exceed (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office and/or treatment program for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substances screening of testing. Defendant shall not in any way obstruct or tamper with the efficiency and accuracy of prohibited substance testing.

3. All other conditions of release shall remain in effect.

DATED November 23, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE